AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Fabricio Antonio ZOLORZANO-Zaldana | ) | Case No. 18mj1667 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 15, 2018** in the county of **Dona Ana** in the State and District of **New Mexico**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a)(1) & (a)(2) | an alien, who had been previously arrested and deported from the United States, and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, in the State and District of New Mexico, being willfully in the United States unlawfully |

I further state that I am a Homeland Security Investigations Special Agent and that this complaint is based on the following facts:

This criminal complaint is based on these facts:

Fabricio A. SOLORZANO-Zaldana was removed to El Salvador through Rio Grande City, Texas on July 21, 2014. SOLORZANO-Zaldana stated approximately 2-3 weeks ago, he made an illegal re-entry from Mexico into El Paso, TX by circumventing the Port of Entry in El Paso, TX. ZOLORZANO-Zaldana was arrested in Hillsboro, NM on May 15, 2018 by Homeland Security Investigations Special Agents. He was found by a trailer located at 13537 Highway 187.

☐ Continued on the attached sheet.

*Complainant's signature*

Cynthia Macias-HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/17/2018

*Judge's signature*
KEVIN R. SWEAZEA
U.S. MAGISTRATE JUDGE
*Printed name and title*

City and state: Las Cruces, NM